Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 21–10354
Chapter: 7
Judge: Timothy A. Barnes

In Re:
  Shterna S Dugan
  1902 W Birchwood Ave UNIT 1C
  Chicago, IL 60626

Social Security No.:
  xxx–xx–4512

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held:

Appear Using Zoom for Government, Judge Barnes

on October 18, 2021 at 01:00 PM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID and passsscode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site: https://www.ilnb.uscourts.gov.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

FOR THE COURT

Dated: September 22, 2021                Jeffrey P. Allsteadt , Clerk
                                         United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Shterna S Dugan
1902 W Birchwood Ave UNIT 1C
Chicago, IL 60626
SSN: xxx−xx−4512 EIN: N.A.

Case No. : 21−10354
Chapter : 7
Judge : Timothy A. Barnes

---

# FINAL NOTICE OF DEFICIENCY AND
# HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

- **Schedule A−B (Form 106A/B,206A/B).**
- **Schedule C (Form 106C).**
- **Schedule D (Form 106D,206D).**
- **Schedule E/F (Form 106E/F,206E/F).**
- **Schedule G (Form 106G,206G).**
- **Schedule H (Form 106H,206H).**
- **Schedule I (Form 106I).**
- **Schedule J (Form 106J).**
- **Statement of Financial Affairs (Form 107/207).**
- **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 22, 2021

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court